UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIM JAMIL, an individual, and
LISA JAMIL, an individual, and
TL JAMIL LLC, a Florida limited
liability company,

       Case No. 24-13029
       Hon. Laurie J. Michelson

    Plaintiffs,

vs.

KEVIN LONGE, an individual,
CHRIS RYAN, an individual,
KEITH RYAN, an individual,
GREGORY A. LONGE, an individual,
LONGE ACQUISITIONS LLC, a
Michigan limited liability company,
SPRAY FOAM GENIE MANAGED SERVICES,
LLC, a Delaware limited liability company,
RHINO 7 CONSULTING COMPANY d/b/a
RHINO7 FRANCHISE DEVELOPMENT
COMPANY, INC., a North Carolina company,
PHOENIX FRANCHISE CONSULTING LLC
d/b/a PHOENIX FRANCHISE BRANDS,
a Michigan limited liability company,
MARIA LONGE a/k/a MARIA SHINABARGER,
an individual, SHELLY CHAVEZ, an individual,
STEVEN LONGE a/k/a STEVEN MCENTIRE, an
individual, and RILEY MCENTIRE, an individual,

    Defendants.

---

## NOTICE OF APPEARANCE

1

PLEASE TAKE NOTICE that **DORA A. BRANTLEY** of the law firm, **FOSTER, SWIFT, COLLINS & SMITH, PC,** hereby enters her Appearance for and on behalf of Defendant, **RHINO 7 CONSULTING COMPANY (improperly identified as Rhino 7 Consulting Company d/b/a Rhino 7 Franchise Development Company),** in the above-captioned cause.

    Respectfully submitted,

    **FOSTER, SWIFT, COLLINS & SMITH, PC**

    By: /s/ Dora A. Brantley
    **DORA A. BRANTLEY (P49088)**
    Attorneys for Defendant,
    Rhino 7 Consulting Company
    28411 Northwestern Highway, Suite 500
    Southfield, MI 48034
    (248) 539-9900

Dated: December 31, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon counsel of record via the CM/ECF e-filing system on December 31, 2024.

    /s/ Monika Christian

57704:00003:201098552-1