UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**TIM JAMIL**, an individual, and **LISA JAMIL**, an individual, and **TL JAMIL LLC**, a Florida limited liability company,

Plaintiff,

v

**KEVIN LONGE**, an individual, **CHRIS RYAN**, an individual, **KEITH RYAN**, an individual, **GREGORY A. LONGE**, an individual, **LONGE ACQUISITIONS LLC**, a Michigan limited liability company; **SPRAY FOAM GENIE MANAGED SERVICES, LLC**, a Delaware limited liability company, **RHINO 7 CONSULTING COMPANY d/b/a RHINO7 FRANCHISE DEVELOPMENT COMPANY, INC.**, a North Carolina company; **PHOENIX FRANCHISE CONSULTING LLC d/b/a PHOENIX FRANCHISE BRANDS**, a Michigan limited liability company, **MARIA LONGE a/k/a MARIA**

Case No. 24-13029

Hon. Laurie J. Michelson

**SHINABARGER**, an individual;
**SHELLY CHAVEZ**, an individual;
**STEVEN LONGE a/k/a STEVEN MCENTIRE**, an individual; **ERICA POYNTER**, an individual; **RILEY MCENTIRE**, an individual; **MATTHEW EGGENBERGER**, an individual; and **JOHN EGGENBERGER**, an individual.

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Manuel "Manny" Herceg of the law firm Taft Stettinius & Hollister, LLP, hereby enters his appearance on behalf of Tim Jamil, Lisa Jamil, and TL Jamil LLC.

Respectfully Submitted,

*/s/ Manuel Herceg*
Manuel "Manny" Herceg (29956-06)
Josh Brown (26672-49)
Taft Stettinius & Hollister, LLP
*Attorneys for Plaintiffs*
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
mherceg@taftlaw.com
jbrown@taftlaw.com

        Benjamin M. Low (P82834)
        Mark L. Kowalsky (P35573)
        Taft Stettinius & Hollister, LLP
        *Attorneys for Plaintiffs*
        27777 Franklin Rd., Ste. 2500
        Southfield, MI 48034
        (248) 351-3000
        benlow@taftlaw.com
        mkowalsky@taftlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all counsel of record.

        */s/ Manuel Herceg*
        Manuel Herceg