# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**TIM JAMIL**, an individual, and **LISA JAMIL**, an individual, and **TL JAMIL LLC**, a Florida limited liability company,

Case No. 24-13029

Hon. Laurie J. Michelson

Plaintiff,

v

**KEVIN LONGE**, an individual, **CHRIS RYAN**, an individual, **KEITH RYAN**, an individual, **GREGORY A. LONGE**, an individual, **LONGE ACQUISITIONS LLC**, a Michigan limited liability company; **SPRAY FOAM GENIE MANAGED SERVICES, LLC**, a Delaware limited liability company, **RHINO 7 CONSULTING COMPANY d/b/a RHINO7 FRANCHISE DEVELOPMENT COMPANY, INC.**, a North Carolina company; **PHOENIX FRANCHISE CONSULTING LLC d/b/a PHOENIX FRANCHISE BRANDS**, a Michigan limited liability company, **MARIA LONGE a/k/a MARIA SHINABARGER**, an individual; **SHELLY CHAVEZ**, an individual; **STEVEN LONGE a/k/a STEVEN MCENTIRE**, an individual; **ERICA POYNTER**, an individual; **RILEY MCENTIRE**, an individual; **MATTHEW EGGENBERGER**, an individual; and **JOHN EGGENBERGER**, an individual.

Defendants.

---

## **NOTICE OF APPEARANCE OF COUNSEL**

Josh F. Brown of the law firm Taft Stettinius & Hollister, LLP, hereby enters his appearance on behalf of Tim Jamil, Lisa Jamil, and TL Jamil LLC.

Respectfully Submitted,

*/s/Josh F. Brown*
Josh F. Brown (26672-49)
Manuel "Manny" Herceg (29956-06)
*Attorneys for Plaintiffs*
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
jbrown@taftlaw.com
mherceg@taftlaw.com


Benjamin M. Low (P82834)
Taft Stettinius & Hollister, LLP
*Attorneys for Plaintiffs*
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 351-3000
benlow@taftlaw.com
mkowalsky@taftlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all counsel of record.

                */s/Josh F. Brown*
                Josh F. Brown